**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROY M. LEE, KENNETH NUTTLER,**

          **Plaintiffs,**

**-vs-**                                         **Case No.  6:04-cv-1368-Orl-KRS**

**MACK CONSTRUCTION SERVICES,**
**INC., JOHN E. MACK, LISA MACK,**

          **Defendants.**

_____

## ORDER TO SHOW CAUSE

       This matter comes before the Court on its own initiative.  On June 8, 2005, I ordered counsel for both parties to provide a proposed briefing schedule on the issue of certification of this case as a collective action on or before October 17, 2005.  Doc. No. 20.  Neither party has complied with this directive.  Accordingly, counsel shall show cause in writing within eleven days from the date of this order why the Court should not vacate the order conditionally certifying the case as a class action and impose any other sanctions appropriate for violation of my order.  If the parties wish to brief the issue of certification of this matter as a collective action, the response to this Show Cause Order should be accompanied by a proposed briefing schedule.

       **DONE** and **ORDERED** in Orlando, Florida on this 28th day of October, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties