**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROY M. LEE, et al.,**

        **Plaintiffs,**

-vs-                                      **Case No. 6:04-cv-1368-Orl-KRS**

**MACK CONSTRUCTION SERVICES, INC.,,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **JOINT MOTION TO DROP PARTY, SHARON STRICKLAND (Doc. No. 36)**
>
> **FILED:** June 30, 2006
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

The parties may resubmit their motion supported by a copy of Sharon Strickland's notification that she has revoked her consent to join in this action.

**DONE** and **ORDERED** in Orlando, Florida on July 5, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties