# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROY M. LEE, et al.,**

       **Plaintiffs,**

**-vs-**                               **Case No. 6:04-cv-1368-Orl-KRS**

**MACK CONSTRUCTION SERVICES, INC.,**

       **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **JOINT MOTION TO DROP PARTY, SHARON STRICKLAND (Doc. No. 38)**
>
> **FILED:**     **July 6, 2006**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Sharon Strickland is hereby dropped as a party in this matter.

**DONE** and **ORDERED** in Orlando, Florida on July 7, 2006.

                                          *Karla R. Spaulding*
                                        KARLA R. SPAULDING
                           UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties