# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**ROY M. LEE, KENNETH NUTTER,**

    **Plaintiffs,**

**-vs-**                                                                                Case No.  6:04-cv-1368-Orl-KRS

**MACK CONSTRUCTION SERVICES,**
**INC., JOHN E. MACK, LISA MACK,**

    **Defendants.**

_____

## ORDER

This case comes before the Court on the Joint Request to Approve Settlement Agreement (Doc. No. 40).

This case was brought under the Fair Labor Standards Act (FLSA). 29 U.S.C. § 201, *et seq*. The parties have reached a settlement agreement and seek court approval of that agreement. In *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982), the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages, or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness." *Id*. at 1353.

The settlement agreement submitted by the parties provides that the Defendants will pay 100% of the Plaintiff's claim, plus attorney's fees. Because this is the full amount sought by Lee and Nutter, I conclude that the proposed settlement is a fair and reasonable resolution of a bona fide dispute over the FLSA.

Accordingly, the settlement agreement is approved and the case is dismissed with prejudice, pursuant to the agreement of the parties. I direct the Clerk of Court to close the file.

DONE and ORDERED in Orlando, Florida on July 17, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy